## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## COOKEVILLE DIVISION

ILIGHT TECHNOLOGIES, INC.,    )
                                 )
       Plaintiff,             )
                                 )
v.                               )        NO.  2:09-0092
                                 )        JUDGE HAYNES
MARKTECH INTERNATIONAL    )
CORPORATION,               )
                                 )
       Defendant.        )

## O R D E R

In accordance with the Memorandum filed herewith, the Defendant's motion to dismiss

or transfer (Docket Entry No. 150) is **DENIED**.

It is so **ORDERED**.

**ENTERED** this the _____ day of May, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge